Sarah L. Garcia, State Bar No. 233814
Erin Frazor, State Bar No. 251324
**LOZANO SMITH**
2001 N. Main Street, Suite 500
Walnut Creek, CA 94593
Telephone:     (925) 953-1620
Facsimile:     (925) 953-1625

Attorneys for Plaintiff
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT<br>     Plaintiff,<br>v.<br><br>JASEN JUN, JAEWON JUN, and E.J.,<br><br>     Defendants. | Case No. 2:18 CV-01112-MCE-DB<br><br>STIPULATION REQUESTING TO SEAL DOCUMENTS |

WHEREAS, on May 3, 2018, Plaintiff Sacramento City Unified School District filed is Complaint for Reversal of Administrative Hearing Decision "Complaint." (ECF Doc. 1)

WHEREAS, the Complaint, pages 1 through 42, includes an Exhibit A, the underlying Office of Administrative Hearings Decision, pages 14 through 42.

WHEREAS, the Complaint contains information which could be used to identify Defendants.

WHEREAS, the details of this case necessarily involve issues of a personal and sensitive nature concerning E.J. and the interest of maintaining E.J.'s confidentiality outweighs any countervailing interest that would be served by allowing the Complaint to be accessible to the public.

WHEREAS, the Parties hereby stipulate and request that the Complaint, be placed under seal by the Clerk and not made part of the public record.

WHEREAS, Plaintiff further requests to file a redacted copy of the Complaint. Said Complaint will be filed as an attachment this Stipulation.

Dated: August 7, 2018

                                    LOZANO SMITH

                                    /s/ Sarah L. Garcia
                                    SARAH L. GARCIA
                                    ERIN FRAZOR
                                    Attorneys for Plaintiff
                                    Sacramento City Unified School District

Dated: August 7, 2018                         LAW OFFICE OF ROBERTA S. SAVAGE

                                    /s/ Roberta S. Savage
                                    ROBERTA S. SAVAGE
                                    Attorney for Defendants
                                    Jasen Jun, Jaewon Jun, and E.J.

          IT IS SO ORDERED.

Dated: August 8, 2018

                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE