Sarah L. Garcia, State Bar No. 233814
Erin Frazor, State Bar No. 251324
**LOZANO SMITH**
2001 N. Main Street, Suite 500
Walnut Creek, CA 94593
Telephone:     (925) 953-1620
Facsimile:     (925) 953-1625

Attorneys for Plaintiff
SACRAMENTO CITY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>JASEN JUN, JAEWON JUN, and E.J.,<br><br>　　　　　　Defendants. | Case No. 2:18 CV-01112-MCE-DB<br><br>ORDER GRANTING<br>REQUEST FOR DISMISSAL |

On July 31, 2018, the Parties executed a settlement agreement in this instant matter. The settlement agreement was approved by the District's Governing Board.

On August 22, 2018, Plaintiff's counsel informed the Court with its Notice of Settlement and requested that all dates be vacated and the matter be dismissed.

On August 22, 2018, the Court determined the case settled and vacated all dates.

IT IS HEREBY ORDERED THAT the complaint and entire action in the above-captioned case be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  September 20, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE